# EXHIBIT F

**Subject:** ICE FOIA 2026-ICFO-05645
**Date:** Wednesday, December 10, 2025 at 2:03:11 PM Eastern Standard Time
**From:** ice-foia@ice.dhs.gov
**To:** admin@ialdf.org

12/10/2025

Ali Rahnama
1901 Pennsylvania Avenue NW
Washington, District of Columbia 20006

RE:  ICE FOIA Case Number 2026-ICFO-05645

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 11/19/2025, and to your request f

Your request for expedited treatment is hereby granted.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS Interim FOIA regulat

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasab

If you have any questions, please contact the FOIA office or Daniel Edgington, FOIA Public Liaison at the address above or (866) 633-1182. Additionally, you have a right to s

Your request has been assigned tracking number 2026-ICFO-05645. Please use this number in future correspondence.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009