# EXHIBIT G

**Tuesday, April 21, 2026 at 16:02:06 Eastern Daylight Time**

**Subject:** CBP FOIA - CBP-FO-2026-023677
**Date:** Thursday, November 20, 2025 at 12:48:01 PM Eastern Standard Time
**From:** cbpfoia@cbp.dhs.gov
**To:** admin@ialdf.org

Ali Rahnama
Iranian American Legal Defense Fund
1901 Pennsylvania Avenue NW
Suite 900, PMB 178
Washington, District of Columbia 20006

11/20/2025

CBP-FO-2026-023677

Dear Ali Rahnama,

The U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Division received your letter inquiring about a FOIA request that you previously submitted

**This letter is to confirm that your request was erroneously closed and then immediately re-opened in its original spot in the queue. No further actic**

This letter is to confirm that your FOIA request has been received by CBP and will be processed in the order it was received. Once responsive records are available, you will

Submitting a FOIA request online is the preferred method (vs. postal mail) for many reasons:

- You immediately receive a unique FOIA tracking number and acknowledgment that your FOIA request was received by CBP.
- You can track your FOIA request any day/any time through your SecureRelease account.
- When responsive records become available, you receive an email letting you know records can be viewed via your SecureRelease account,
- You can view all of your historical FOIA requests via the "dashboard" in your SecureRelease account.

In the future, please use your SecureRelease account to submit future FOIA requests to CBP.  Please note that all FOIA requests for official travel records on an individual mu

Finally, the CBP FOIA office has a significant backlog of FOIA requests. The expected response time for a FOIA request for travel documents is 6-9 months.  If you do not rece

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

CBP FOIA Division

1 of 1