# EXHIBIT H

# DECLARATION OF PASTOR RUBIK HOVSEPIAN

I, **Pastor Robak I. Hoospianmer**, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge and, if called to testify, I would testify truthfully and competently to the facts stated below.
2. I am an Iranian Christian pastor, a former refugee from the Islamic Republic of Iran, and a firsthand witness to the persecution of Christian converts by the Iranian regime.
3. In 1993, I fled Iran with my pregnant wife and two young children after being accused by Iranian authorities of evangelizing Muslims and inviting others to the Christian faith. I feared for my life and the safety of my family. I entered the United States in search of safety, freedom, and the ability to practice my Christian faith without fear of imprisonment or death.
4. I converted to Christianity at the age of fifteen. Since that time, I have devoted my life to Christian ministry and to serving persecuted believers, particularly Iranian converts from Islam.
5. After entering the United States, I established the Iranian Church of Los Angeles, where I have served continuously as pastor.
6. In the past three decades of my life in the US, I have raised my children to serve America and humanity. My son is a marine who was deployed to Afghanistan and my daughter is a physician.

## Assassination of My Brother and State-Linked Religious Persecution

7. In 1994, my brother, Bishop Haik Hovsepian Mehr, was assassinated in Iran.
8. At the time of his murder, my brother served as the national leader of Protestant churches in Iran, a Bishop of the Assembly of God Church in Iran.
9. My brother's sole "offense" was his public and unwavering defense of Christian converts who were being persecuted, imprisoned, and threatened with execution by the Iranian authorities.
10. His assassination was carried out by Iranian fundamentalist terrorists acting in alignment with, and with the acquiescence of, the Islamic regime's policies toward Christian converts.
11. My brother's murder was not an isolated crime. It occurred within a well-documented pattern of targeted killings of Christian leaders in Iran. (See Exhibit A and B attached).
12. Documentary evidence concerning my brother's assassination and the persecution of Christians in Iran is publicly available, including in the documentary *"Cry from Iran."*
13. The killing of my brother profoundly altered my life and permanently confirmed that Christian leadership and advocacy for converts in Iran carries a lethal risk.

## Firsthand Knowledge of Systematic Christian Persecution

14. I personally witnessed the persecution of numerous Iranian Christian leaders and converts, including:

1    *RH*

a. **Pastor Mehdi Dibaj**, who endured approximately ten years of torture in an Iranian prison and an additional two years in solitary confinement because of his Christian faith;

b. **Pastor Hossein Soodmand**, who was executed by the Iranian government and left behind a blind wife and four children;

c. **Mohammad Bagher Yousefi**, a former Iranian war soldier whom I personally pastored and discipled in my own home. After I fled Iran, I learned that he was brutally executed by government authorities and hanged from a tree;

d. **Bishop Tateos Michaelian**, my long-time mentor and a senior leader in the Presbyterian Church, who was later murdered.

15. These men were not criminals. They were pastors, converts, and peaceful believers targeted solely because of their religious faith and activities.
16. Their deaths demonstrate a clear pattern of state-tolerated and state-directed persecution of Christian converts and church leaders in Iran. (See Exs. A–D).
17. Following the Iranian regime's intensified crackdown on Protestant and evangelical churches, church buildings affiliated with these communities have been systematically closed by the authorities. As a result, these churches have been forced to operate as home-based underground congregations. (See Exs. A–C).
18. Members of these underground churches face a constant and imminent risk of surveillance, arrest, interrogation, and imprisonment solely on the basis of their religious activity and conversion from Islam.
19. These underground evangelical churches reportedly include a high number of converts from Islam and are among the fastest-growing Christian communities in Iran, which has made them particular targets of government repression.
20. One member of these underground churches who has joined our congregation in the United States in the past 9 months has reported to me that Iranian authorities carried out a severe crackdown on members of her church community in Iran. According to her firsthand account, four individuals she personally knew were sentenced to approximately fifty years of imprisonment under extremely harsh conditions because of their Christian faith and church involvement.

## Current Detention of Iranian Christians in the United States

21. At present, at least seven Iranian Christian men from my own congregation are detained in U.S. Immigration and Customs Enforcement (ICE) facilities.
22. All of these men are converts from Islam who fled Iran due to credible threats, surveillance, or prior persecution.
23. Entire families of Christian converts have been devastated as a result of these policies.
24. Many of their families and children remain in extremely vulnerable conditions.
25. Based on my lived experience and decades of ministry, I firmly believe that deportation of these individuals to Iran would expose them to a high likelihood of torture, prolonged imprisonment, or death. (See Exs. E–F).

2  *RH*

26. In more than three decades of ministry in the United States, the past year has been the most difficult I have experienced, as numerous members of my congregation—and other Iranian Christian converts with whom I am in regular contact—have been subjected to prolonged detention by U.S. Immigration and Customs Enforcement.

27. I am also aware of Pouriya Mirzadeh, an underground evangelical pastor currently detained in immigration custody in Austin, Texas.

28. I am aware that the Director of the Interest Section of the Islamic Republic in Iran has visited these facilities and meeting with asylum seekers putting their lives in serious jeopardy if returned to Iran.

29. If deported to Iran, they would almost certainly face torture or execution.

## Ongoing Risk to Iranian Christian Converts

30. The persecution I witnessed has not abated. It has intensified.

31. Converts from Islam are labeled "infidels" under Iran's interpretation of Islamic law and are treated as enemies of the state.

32. Christian converts are routinely accused by Iranian authorities of being agents of Western governments or Israel, or of posing national security threats, regardless of any actual conduct.

33. According to United Nations experts and credible international reporting, prosecutions of Christian converts have increased sharply in 2025, including arbitrary arrests, violent interrogations, lengthy prison sentences, and severe physical and psychological abuse. (See Exs. A,B,D, and G).

34. I am aware, through public statements and reports attributed to officials associated with the Iranian Interests Section, that there are approximately 2,500 Iranian nationals currently detained in U.S. ICE facilities. (See Ex. I). Based on my pastoral experience, direct contact with detainees, and longstanding involvement with Iranian Christian asylum seekers, I believe that a significant number likely in the hundreds of these detainees are Christian converts.

## Danger of Deportation to "Third Countries"

35. I am deeply concerned by reports that Iranian Christian converts are being deported either directly to Iran or to so-called "safe third countries," including Uganda.

36. These countries are not safe for Iranian Christian converts.

37. The Iranian regime maintains influence and intelligence reach beyond its borders, placing deported believers in grave danger even outside Iran. (See Ex. H).

38. Deportation under these circumstances does not remove the risk of persecution; it merely displaces it.

## Extreme Hardship Already Endured

39. Many Iranian Christian converts seeking asylum in the United States have already lost everything.

40. They risked their lives crossing jungles, rivers, and mountains to escape persecution.

3

*RH*

41. Some were robbed, abused, or witnessed death along the way solely because they sought freedom to worship.

## My Ongoing Ministry and Credibility

42. I have lived in the United States for more than thirty-three years.
43. Throughout that time, I have ministered in countless churches across the United States and internationally, sharing firsthand testimony regarding Christian persecution in Iran.
44. I have personally assisted hundreds of Iranian Christian converts in resettling safely in the United States.
45. My church in Van Nuys, California, currently serves a large congregation of Iranian Christian converts and their families.
46. I continue to pastor, support, and protect these believers to the best of my ability.

## Conclusion and Plea for Protection

47. Based on my personal experience as both a victim and a firsthand witness of religious persecution in Iran, I unequivocally state that Iranian Christian converts face a clear and present danger if deported.
48. I respectfully urge that humanitarian relief, asylum protections, and safeguards against removal be granted to these individuals.
49. Allowing Iranian Christian converts to remain in the United States is consistent with America's constitutional commitment to religious freedom, human rights, and protection of the persecuted.
50. I am willing to meet with authorities, counsel, or adjudicators to provide further testimony or clarification regarding the matters stated herein.
51. U.S.-based Christian communities have been providing, and remain willing to continue providing, substantial assistance to Iranian Christian asylum seekers in order to support their lawful integration and resettlement in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of January, 2026,
at Burbank California

**Pastor Rubik Hovsepian**
Iranian Church of Los Angeles

4

# EXHIBIT INDEX

**Declaration of Pastor Rubik Hovsepian**

## Exhibit A

### UN Special Rapporteur on the Situation of Human Rights in Iran

**Source:**
United Nations Special Rapporteur on the situation of human rights in Iran
https://www.ohchr.org/en/special-procedures/sr-iran

**What it corroborates:**

- Pattern and practice of persecution
- Targeting of Christian converts and pastors
- Arbitrary arrests, killings, and enforced disappearances

## Exhibit B

### USCIRF Annual Reports – Iran (Country of Particular Concern)

**Source:**
United States Commission on International Religious Freedom
https://www.uscirf.gov/countries/iran

**What it corroborates:**

- Systematic religious persecution
- Heightened risk to converts from Islam

5  *RH*

# Exhibit F

## UNHCR Guidance on Religion-Based Refugee Claims

**Source:**
United Nations High Commissioner for Refugees
https://www.unhcr.org/publications/legal/40d8427a4

**What it corroborates:**

- Conversion as a basis for well-founded fear
- Non-refoulement obligations

# Exhibit G

## NGO Reports on Persecution of Christian Converts in Iran

**Sources:**
Amnesty International
https://www.amnesty.org/en/location/middle-east-and-north-africa/iran/

Human Rights Watch
https://www.hrw.org/middle-east/north-africa/iran

**What it corroborates:**

- Arrests, torture, executions
- Family devastation and long sentences

# Exhibit H

## Transnational Repression & Third-Country Risk

**Sources:**
UN Special Procedures on Transnational Repression
https://www.ohchr.org/en/special-procedures

Human Rights Watch – Transnational Repression
https://www.hrw.org/topic/free-speech/transnational-repression

**What it corroborates:**

- Iranian regime's extraterritorial reach
- Risk in "safe third countries"

# Exhibit I

## Number of Iranian nationals currently detained in U.S. ICE facilities

"Abolfazl Mehrabadi, the acting head of Iran's interests section in Washington DC, told the deportees at the departure airport that almost 2,500 other Iranians were in US immigration custody and were expected to be returned to Iran on special flights, according to the deportee."

Source:
Iran International, https://www.iranintl.com/en/202510033845

8

# Exhibit C

## U.S. Department of State – International Religious Freedom Report (Iran)

**Source:**
U.S. Department of State
https://www.state.gov/international-religious-freedom-reports/

**What it corroborates:**

- Apostasy-related persecution
- Criminalization of conversion
- Surveillance and prosecution of house churches

# Exhibit D

## U.S. Department of State – Country Reports on Human Rights Practices (Iran)

**Source:**
U.S. Department of State
https://www.state.gov/country-reports-on-human-rights-practices/

**What it corroborates:**

- Use of "national security" and "foreign influence" charges
- Arbitrary detention and torture

# Exhibit E

## UN Committee Against Torture – Iran (Non-Refoulement Risk)

**Source:**
Committee Against Torture
https://tbinternet.ohchr.org

**What it corroborates:**

- Substantial risk of torture upon return
- CAT-standard danger for religious converts

**DECLARATION OF** ███████████
███████

Date: November 26, 2025

I, ████████ hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

## I.      Background and Entry Into the United States

I entered the United States with my spouse, ██████████ on January ██ 2025. Upon arrival, we were taken into custody and transferred to the Yuma holding facility (Arizona), where—on the first night—officers separated me from my wife.

We remained separated for seven days, and I saw my wife only briefly on the 7th day before we were shackled with handcuffs and leg restraints and transported to Eloy Detention Center.

That was the last time I saw my wife in person. As of the date of this declaration, it has been nearly eleven months without any physical contact. During these eleven months, we were allowed to speak only three times on the phone, each call only for approximately ten minutes.

## II.      Transfers and Detention Conditions

I spent nine days in Eloy Detention facility, then on January ██ was transferred to Georgia, where I was moved between three different buildings: Alpha, Charlie, and ultimately to D. Ray James ("D-Ray") facility. Upon arrival at the D-Ray James facility—which I was informed was recently



1

reopened during the Trump Administration–conditions were drastically worse. Uniforms changed from blue to khaki, and detainees wearing red uniforms—identified as dangerous criminals—were housed near us.

- Facility Rules and Intimidation: On the first day at D-Ray James, the facility head, whom I do not know by name, but who could be described as tall, thin, and having a military bearing, has an explicit moto "I don't give a fuck. During Biden you all had the high ground. Now it's in our hands." This is implying the power dynamic had shifted entirely to the facility staff.
- Security/Classification: The color of our uniforms was changed from blue to khaki. In this facility, there are also individuals wearing red uniforms, who are identified as dangerous criminals. The presence of armed guards is constant, and the approach is significantly harsher than at Alpha or Charlie.
- Recreation and Sleep: Our pod, housing approximately 100 people, has access to a very small exercise yard daily, the size of a room, and a larger yard twice per week. The sleeping conditions are poor. Lockdown occurs at 12:00 AM, and breakfast is served at 5:00 AM.
- Work Pay: Detainees are paid approximately $3.75 per day for cleaning duties. I am paid $4.50 for 4-5 hours of kitchen work.

### III.    Due Process Violations in My Immigration Proceedings

### A.  Inadequate Legal Representation

MY CFI(RFI) interview was on about Feb ▮▮ and I wasn't represented then. My wife met an Iranian woman in Eloy named I think ▮▮▮▮▮ who introduced us to the attorney from Louisiana. He demanded $3,000 to represent both of us. After receiving the money and the



documents he stopped communicating with us, no matter how many times we tried to. And On the night before my merits hearing—at 7 PM while I was in Charlie—He called and told me I was "missing witnesses statement," something he had never told me before. Because of his call the night before the court date, we asked the court which it granted a one-month continuance so we could obtain witness statements from Iran–which I did. Between the first and second hearings, I lost all communication with my attorney again.

### B.  Hearing Irregularities and Judge's Failure to Consider Evidence

My CFI (RFI) interview was on or about February 12, which I attended alone.

My joint merits hearings lasted 2.5 hours (first hearing) and the second hearing was scheduled 28 days later.

At the first hearing, my attorney spent around 2.5 hours asking me questions. A second hearing was scheduled then that the judge and DHS spent time asking me questions. After the second hearing the judge mentioned he will make a decision asap which came to be two months.

During the hearings, the judge demonstrated a material lack of understanding of Islamic Republic of Iran's system—for example questioning why the arrest warrant for us was dated after the date of the home search, even though this is a well-documented practice done by the regime apparatus in Iran.

I submitted court documents showing a 9-year prison sentence for me and an 11-year sentence for my wife ordered in absentia in Iran; these were not meaningfully considered.



3

### C. Judge's Refusal to Allow Critical Testimony About Mexico

On three separate occasions, I attempted to explain the life-threatening dangers we faced in Mexico, including:

- my wife developing pneumonia, losing the ability to breathe. That is one of the reasons why we crossed the border. We went to public hospital in Tapachula before we were arrested by Mexican police and immigration, and they give ███████ Asthma medication and spray.
- We were detained for 17 days in Mexican jail.
- On our way to Tuxla, they arrested us took us back to a jail in Tapachula in the south.
- multiple kidnappings attempts and detentions by cartel-type groups.
- We were held 8 days in a relatively small room with 18 people under armed control by the traffickers.
- On another incident, we were ~~staing~~ staying at a hotel called Freedo if I am not mistaken. At the middle of the night, a number of people with masks and heavy guns came banging on the main door of the hotel showing us their weapons and asking us to open up. We were in the yard and I just grabbed ███████ 's hand and ran inside. These were gang looking guys with non-normal military clothing, each wearing different things. They interrogated us for 14 hours and then took us to jail for 4 days. Acayucan ███████
- We were detained in Tapachula, Tuxla, and ~~Yucatán~~
- On one occasion, cartel members with M4 rifles threatening us at the middle of the night and robbed us point blank.
- These were our Mexican stories until we got to Mexico City.
- There were multiple attempts to sexually assault my wife by traffickers and others by trying to separate us. (Although we stood hard throughout our journey and no one separated us,



- Even after crossing the border to Yuma, the officers gave ███████ red vest as she was sick and gave her spray and anti-biotics.

4

neither the Ayatollahs nor the gangs and traffickers, the US government has separated us for almost a year with no visitation right).

I wanted to explain all of these incidents and the like at my hearing, I attempted three times, but the judge prevented me from stating these facts, repeatedly saying: "If I want to ask you, I will ask."

The Mexico ordeal was central to explaining why we crossed the border and why my wife was in medical crisis. It was not allowed into the records.

### D. DHS Misrepresentation and Unfounded Fraud Allegations

DHS argued my Christian baptism certificate was fraudulent because it was in English despite being issued in Turkey. They asked why wouldn't it be in Turkish or Farsi. I explained I did not speak Turkish and therefore the church issued it in English.

DHS also wrongfully claimed that a name on my baptism certificate were misspelled, arguing "Bijan" should be spelled with "ee" not "i" and "g" and not "j" transliteration. Now he is absolutely wrong in his assessment and we Iranians used spelling is "Bijan" and it was on my certificate. DHS insisted they were proof of fraud.

The judge ultimately relied on fraud allegations rather than engaging with the substantial evidence of persecution, as they were just trying to look for issues to deny my case and remove me rather than providing due process and hearing me.



5

## IV.    Persecution and Harm in Iran

I was arrested by plain-clothes Iranian security forces during the 2009 protests, taken in a police van to a garden location, blindfolded, zip-tied, and tortured.

During the 2022 Mahsa Amini protests, security forces fired tear gas at me, my wife, my cousin, and my brother on ▮▮▮▮▮▮▮▮ Boulevard. As I was trying to light fire and cigarette to blow in our faces to alleviate the effect of tear gas, I asked my wife to run to me from across the street and the regime bikers saw us. We escaped and started running separately. As we escaped into side streets, government-associated bikers attacked us; one stopped by my side and another attempted to strike me, causing a deep cut on my left hand, here is the scars. I was rescued by a nearby residents.

My wife was also kicked by the another bike group but left alone after asserting she was with a random elderly couple who were watching on the sidelines.

The court dismissed this testimony also claiming as the attackers were "plain-clothes" and therefore, according to the judge, it was "unclear they were government agents," even though plain-clothes units are a well-known part of the Iranian regime's security apparatus and this was during the Mahsa Amini protests in Iran.

And the last straw in Iran was that I was with my wife who wasn't wearing hijab one day and the Basijis got into an altercation with me about her hijab. I was taken in by the Basij. They confiscated my wife's phone and asked for its password which I said I don't have it. I was given a notice and freed by they kept the phone.



6

My wife's phone contained extensive evidence of our Christian conversion which was taken by Basij forces. After this incident, our home was later raided, and we were issued in-absentia arrest warrants because of our activities.

The judge dismissed this as well claiming these guys were plain clothed as well, how did you know they were from the government, even though they had the power to arrest me, they searched my house afterwards, and any one slightly aware of the situation in Iran would know.

It seemed to me that the judge and DHS were just trying to poke holes and didn't want to hear my case.

## V.    Severe Intimidation, Retaliation, and Coercion by ICE/GEO

### A. Failure to Provide Mail and Legal Notices (Mail Issue)

During my stay at ICE detention, I have not receive any immigration court notices, instructions, or sponsor mail. I don't even know what the judge has written in my asylum denial order.

My sponsor mailed supporting documents for court twice, neither of which I received. ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ although my sponsor told me that the mail tracking shows it was received by the facility.

This lack of notice significantly compromised my ability to file motions, prepare evidence, and communicate.

- I observed over 15 Nepalese being deported to Nepal from D-Ray while their legal court process was still pending. they were forcefully removed.

7

## B. Intimidation to Force Deportation

My appeal deadline of the asylum decision was I think November 13. I filed my appeal sending it to the Virgina address the Monday before. I personally wrote my appeal request based on what I wasn't allowed to enter into evidence in my hearing date, otherwise I had no access to the asylum decision. I still have no idea as to what happened to my appeal. I am just told it was denied but no idea why or how. No document was given to me.

On that day that was my appeal submission deadline, although I had just filled for my appeal, ICE took me to a federal prison in Atlanta, I think Berbao company, to be deported. Now the story of this incident and what had happened leading to it is that a few days before moving me to Atlanta, my POD officer came to me and handed me a letter asking me to sign for my deportation. On the signature line, I wrote refuse. The day after this a GEO officer came with a list of detainees to take with him to talk at a separate location with ICE. Now to give context, since I had been moved to Georgia, ICE officers entered the POD with lists of detainees they intended to remove. This was new.

That day, I was brought to the visitation room to meet with the ICE officer. The officer told me to put my finger print on the same document I had signed "Refused" a few days earlier and tried to pressure me to sign deportation documents. When I refused, officers told me: "Either you sign, or we will make you." This officer has a crooked lip. After a few back and forths and loud screams and my refusal, another four or five officer walked in and surrounded me while I was sitting ask asked again to put my finger print. At this point the tone of the crooked lipped officer was way worse and he said: "If you get hurt, see harm, it's your own fault. Put your finger print here." Which again I refused which inflamed them. At this point an officer finally told me: "Your



refusal signature is already on file. Just give the fingerprint so they stop threatening you." 3 or 4 days later they took me to the Atlanta prison to deport me!

A few days ago *the day* ██ after I was returned from the Atlanta Prison back to Folkston D-Rey, the ICE officer again came to me with new refreshed deportation papers to sign which I refused again and said I need to talk to my wife. This was a new document and not the one they forced me to fingerprint!

### C. Violent Treatment of Other Detainees Used as Intimidation

I remember while housed in Charlie, I witnessed officers violently remove a detainee who refused transfer—5–6 officers in helmets and riot gear pulled him from his bed and shackled him. I remember this was after he had refused to be deported to the POD officer. The POD officer then calls the captain and he says he has to!

Now, in D-Ray, ICE officers deliberately humiliated and publicly coerced detainees. Two other examples to give you. There was this Indian speaking detainee that had refused to sign the deportation documents as well. One day they sat him in the middle of the POD for everyone to see, and surrounded him asking him to sign the papers. They had even brough an Indian speaking officer to talk to him. He refused. The back and forth continues and he refused. Then suddenly they handcuffed him and forcefully took him to a room *outside of the Pod* He returned quickly after one minute distressed but had *finger-printed* signed the papers! On another occasion A Bangladeshi detainee ("██████") was walking towards the library as he had a shift there. The ICE agents surrounded him in corridor and asked him to sign his deportation papers. After he refused a few time, they handcuffed him from behind and forcibly moved his finger on the papers to leave a finger print!! The Indian speaking guy was deported that night, but ████ is still here.



9

These events were intentionally conducted in view of other detainees to create fear.

## VI. Additional Hardship Factors

I am at the end of my rope. My mother suffers from Multiple Sclerosis (MS). Her condition has severely worsened due to the news of my detention for almost a year. I fear that if deported to Iran, I will be imprisoned, tortured, or killed due to my political activities, participation in protests, Christian conversion, and escape from Iran. But the US has not been much better than the regime. Here I have received no real due process and no hope for it in the future. I am intimidated and threatened to sign papers. I cannot even speak with my wife once a month! I haven't seen my wife for almost a year and all I had was three ten-minute phone conversations. The regime, cartel, traffickers couldn't take her from me, but this government did.

## VII. Declaration

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 11/26/2026

Location: Folkston Detention facility (D- RAy james

Signature:

10

# ANNEX 3