# EXHIBIT I



**United States Department of State**

*Washington, D.C.   20520*

February 27, 2026

The Honorable
Tim Kaine
United States Senate
Washington, DC 20510

Dear Senator Kaine:

Thank you for your February 11 letter to Secretary Rubio regarding reports of removal flights involving Iranian nationals and your concerns about the conditions that certain individuals may face upon their return to Iran.

This Administration remains clear-eyed about the nature of the Iranian regime.  For decades, it has systematically oppressed its citizens through arbitrary detention, coerced confessions, and killing.  This is in addition to the persecution of religious minorities and the criminalization of a wide range of conducts deemed by the regime as contrary to its theocratic ideology.  These actions are consistent with the regime's broader pattern of destabilizing conduct and disregard for fundamental freedoms.  The United States is proud to stand with the people of Iran as they bravely express their legitimate aspirations for dignity and basic rights.

As the President has made clear through National Security Presidential Memorandum 2 (NSPM-2), signed in February 2025, the Administration's policy of maximum pressure seeks to deny the regime the resources that enable its malign behavior, both at home and abroad.  The United States continues to robustly impose consequences on regime officials and those entities that carry out the regime's policies of repression and support for terrorism.  Those include sanctions, diplomatic pressure, and other tools consistent with this policy.

With respect to the specific removal operations you reference, the Department of State refers you to the Department of Homeland Security (DHS), Immigration and Customs Enforcement, and the Executive Office for Immigration Review.

-2-

We appreciate your engagement on this issue and remain available to discuss broader foreign policy considerations within the Department's statutory authorities.

Sincerely,

Paul D. Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs