UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRANIAN AMERICAN LEGAL DEFENSE
FUND,
    *Plaintiff*,

    v.

DEPARTMENT OF STATE, et al.,

    *Defendants*.

Civil Action No. 26-01444 (CRC)

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), United States Department of State, U.S. Customs and Border Protection, and U.S. Immigration Customs Enforcement ("Defendants") respectfully move this Court to extend the deadline to file their answer to Plaintiff's Complaint by thirty (30) days, up to and including July 20, 2026. Defendant's current answer deadline is June 19, 2026. Pursuant to Local Rule 7(m), the parties conferred, and Plaintiff consents.

This action stems from three Freedom of Information Act (FOIA) requests dated November 19, 2025. Compl. ¶ 19. Plaintiff alleges wrongful withholdings, failure to grant expedited processing, wrongful denial of fee waiver, failure to adjudicate fee waiver request. *See* Compl. ¶¶ 31-59. Defendants' answer is due June 19, 2026. Due to the breadth of the requests at issue and need to meaningfully confer with all three agency defendants regarding the status of the requests and any defenses to be raised, Defendants require additional time to prepare their answer. This extension will not delay this action, and no party will be prejudiced as no other deadline has been set in this case. Plaintiff consents.

1

For these reasons, Defendant respectfully request that the deadline for the answer be extended to July 20, 2026. A proposed order is attached.

*        *        *

Dated:  June 5, 2026                          Respectfully submitted,
            Washington, DC

                                                       JEANINE FERRIS PIRRO
                                                       United States Attorney

                                                       By:      /s/ *Amanda L. Torres*
                                                          AMANDA L. TORRES, D.C. Bar #1562702
                                                          Assistant United States Attorney
                                                          601 D Street, NW
                                                          Washington, DC 20530
                                                          (202) 252-2507

                                                       *Attorneys for the United States of America*

2