UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRANIAN AMERICAN LEGAL DEFENSE
FUND,

       *Plaintiff*,

    v.

DEPARTMENT OF STATE, et al.,

       *Defendants*.

Civil Action No. 26-01444 (CRC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion for Extension, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall file their answer to the complaint on or before July 20, 2026.

SO ORDERED:

_____

Date

_____

CHRISTOPHER R. COOPER
United States District Judge