UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-1444 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 6, 2026 Minute Order, the parties respectfully submit this joint status report. The parties apologize for the late submission of this report. Defendants report as follows: State confirms that it will make its first release of records on September 30, 2026. ICE and CBP continue processing responsive records. The parties are not yet able to report the volume of potentially responsive records in the high-priority categories, collectively; Defendants will provide that information in the parties' next joint status report. Pursuant to the Court's Minute Order, the parties will file their next joint status report on November 2, 2026.

Dated: September 28, 2026 Respectfully submitted,

*/s/ Ali Rahnama*
Ali Rahnama (D.C. Bar No. 1032695)
Iranian American Legal Defense Fund
1900 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
(202) 339-1255
ali.rahnama@ialdf.org

*Counsel for Plaintiff*

*/s/ Amanda L. Torres*
AMANDA L. TORRES
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20004
(202) 252-2507
Amanda.Torres@usdoj.gov

*Counsel for Defendants*